USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN

RECEIVED
U.S. MARSHAL

2003 DEC -8 A 9:00

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 03-53E |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Real Property Known and Numbered As 1216 East 38th St., et al. | DESTROY PROPERTY |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SEE BELOW

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MARY MCKEEN HOUGHTON
ASSISTANT U.S. ATTORNEY
633 U.S.P.O. & COURTHOUSE
PITTSBURGH, PA 15219
(412) 644-6750

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

According to the attached Final Order of Forfeiture and Order dated September 8, 2003, please destroy the drug paraphernalia.

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: 412-894-7398   DATE: 12/3/13

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 09/14/2006   Time: 11:38  [X] pm

Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)

REMARKS:
Asset ID# 03-DEA-418382, 03-DEA-418387, 03-DEA-418388

*See remarks in attached order of destruction of drug paraphernalia*

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00



**U.S. Department of Justice**

United States Marshals Service

*Western District Pennsylvania*

Date:    September 14, 2006

*Pittsburgh, PA 15219*

Reply To
Attn Of:    U. S. Marshals Service: SD/FL - ED/MI - SD/ SC - WD/PA

Subj:    **CERTIFICATE OF DESTRUCTION AND DISPOSAL**
USA vs. Various Drug Paraphernalia

I, **Ty Fallow**, Deputy U. S. Marshal Western Pennsylvania and I, **Brian Allen**, Deputy U. S. Marshal Western Pennsylvania certify that on **September 14, 2006** 17.2 tons of various drug paraphernalia in support of Operation Pipe Dream for the Western District of Pennsylvania, Eastern District of Michigan, District of South Carolina and the Southern District of Florida was destroyed and disposed of according to law, the applicable Court Order, and by authority of The U. S. Marshals Service Personal Property Division in Headquarters (Arlington, VA).

The below items are identified by Asset Identification Numbers (ain) which were destroyed and disposed of by Tube City Division located in Pittsburgh, Pennsylvania. The ain numbers are as follows:

| D/SC | ED/MI | SD/FL | WD/PA |
|---|---|---|---|
| 03-DEA-418358 | 03-DEA-419042 | 03-DEA-418314 | 03-DEA-418471 |
| 03-DEA-418355 | 03-DEA-419038 | 03-DEA-418313 | 03-DEA-418475 |
| 03-DEA-418350 | 03-DEA-419039 | 03-DEA-418316 | 03-DEA-418479 |
| 03-DEA-418343 | 03-DEA-419037 |  | 03-DEA-418442 |
| 03-DEA-418334 | 03-DEA-419029 |  | 03-DEA-418445 |
| 03-DEA-418361 |  |  | 03-DEA-418448 |

| WD/PA | WD/PA | WD/PA | WD/PA |
|---|---|---|---|
| 03-DEA-418400 | 03-DEA-418397 | 03-DEA-418399 | 03-DEA-418393 |
| 03-DEA-418407 | 03-DEA-418392 | 03-DEA-418402 | 03-DEA-418385 |
| 03-DEA-418429 | 03-DEA-418394 | 03-DEA-418382 | 03-DEA-418391 |
| 03-DEA-418384 | 03-DEA-418390 | 03-DEA-418387 |  |
| 03-DEA-418386 | 03-DEA-418396 | 03-DEA-418388 |  |

Witnesses:

_____    09/14/2006
Ty Fallow, Deputy U. S. Marshal / WD/PA    Date

_____    14 Sep 06
Brian Allen, Deputy U. S. Marshal / WD/PA    Date